# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR F. STOSS, SR.,** | : | CIVIL ACTION NO. 1:18-CV-1479 |
| **Petitioner** | : | (Chief Judge Conner) |
| v. | : | |
| **SUPERINTENDENT ESTOCK**, *et al.*, | : | |
| **Respondents** | : | |

## **ORDER**

AND NOW, this 17th day of May, 2019, in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The unexhausted claims raised in the second PCRA petition, and presented in this habeas petition, are DISMISSED.

2. On or before June 5, 2019, respondents shall file a supplemental answer to the merits of the remaining claims in the petition for writ of habeas corpus in the manner required by Rule 5 of the Rules Governing § 2254 Cases in the United States Courts. See R. GOVERNING § 2254 CASES R. 5(b)-(d) (explaining required contents of answer and supporting materials).

3. A memorandum of law shall be filed with the answer and shall contain the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

4. Petitioner shall be permitted to file, within fourteen (14) days of the date on which the answer is filed, a reply to the answer. See R. GOVERNING § 2254 CASES R. 5(e).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania